### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARTOR KIKI BROWN,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **No. 19-1971** |
| v. | : | |
| | : | |
| **GEO GROUP, INC., et al.** | : | |
| **Defendants.** | : | |

## ORDER

This 31st day of July, 2020, upon review of Defendants' Motion to Dismiss (ECF 10) and Plaintiff's Response thereto (ECF 15), it is hereby **ORDERED** that the Motion is **GRANTED**, and Plaintiff's claims will be **DISMISSED**, with prejudice and without leave to amend, as follows:

1. As to Plaintiff's Eighth Amendment excessive force claims, with respect to the climbing incident and attempt to fit Plaintiff with an anti-suicide smock, such claims are dismissed in their entirety as to all defendants. As to Plaintiff's Eighth Amendment claims arising out of the strip search, the case is dismissed as to the moving Defendants only.

2. As to Plaintiff's Eighth Amendment claims of inadequate medical treatment, such claims are dismissed in their entirety.

3. As to Plaintiff's municipal liability claims against GEO Group, Inc., such claims are dismissed in their entirety.

/s/ Gerald Austin McHugh
United States District Judge